# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, | ) Case No.: 2:14−CV−01895−WBS−CKD |
| Plaintiff, | ) |
| | ) **REQUEST TO VACATE ALL CURRENTLY** |
| v. | ) **SET DATES & ORDER THEREON** |
| **PRB Management, LLC**, a California Limited Liability Company; and Does 1-10, | ) |
| Defendants. | ) |

_____

## ORDER

Having read the foregoing declaration, there being no objection, and good cause appearing, it is hereby ORDERED that the deadline for the Rule 26 joint report be continued to **December 10, 2014**, and the scheduling conference, be continued to **December 22, 2014 at 2:00 p.m.**

**IT IS SO ORDERED.**

**Dated:  December 4, 2014**

_____

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE