1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF CALIFORNIA

9   SCOTT JOHNSON,                              ) Case No.: 2:14-CV-01895-WBS-CKD
                                                )
10                                              )
           Plaintiff,                           ) **ORDER**
11                                              )
                                                )
12     v.                                       )
                                                )
13                                              )
    PRB MANAGEMENT, LLC, a California            )
14  Limited Liability Company; and Does 1-      )
    10,                                         )
15                                              )
                                                )
16         Defendants,                          )
                                                )
17  _____        )

18                        **ORDER**

19

20      The Court hereby vacates the pretrial conference date of September 14, 2015 and

21  the trial date of November 17, 2015, with the expectation that the parties will file a

22  Joint Stipulation for Dismissal within 30 days.  A Status Conference is set for May 26,

23  2015 at 2:00 p.m., to be automatically vacated upon the court's receipt of the stipulated

24  dismissal.  A Joint Status Report shall be filed no later than May 12, 2015 if settlement

25  has not been finalized.

26

27  **IT IS SO ORDERED.**

    **Dated:  April 7, 2015**

                                    _____
                                    WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE