UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

v.

PRB MANAGEMENT, LLC, a California Limited Liability Company; and Does 1-10,

    Defendants,

Case: 2:14-CV-01895-WBS-CKD

**ORDER**

Pursuant to the stipulation of the parties, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: May 21, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE